IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
2011 NOV 15 PM 5:32

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| TYRONE E. BROWN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV211-115 |
| TOMMY GREGORY, Sheriff; CHUCK BYERLY; APRIL PALMER; and Nurse ZEE, | |
| Defendants. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** due to Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 15 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA